■    In the Matter of ROGER H. LIPTON et al., Appellants, v A. T. BROD & Co., Respondent.—Order, Supreme Court, New York County, entered July 30, 1975, denying petitioners' application for a judgment staying respondent from proceeding to arbitration, unanimously affirmed. Respondent shall recover of appellants $40 costs and disbursements of this appeal. Petitioners' contention that the transaction herein involved did not have its inception while they were associated with respondent A. T. Brod & Co. is properly to be determined by the arbitrators. (Cf. *Matter of Weinrott [Carp]*, 32 NY2d 190.) Concur—Stevens, P. J., Kupferman, Silverman, Capozzoli and Nunez, JJ.

■    In the Matter of DENISE GONZALEZ, a Child Alleged to be Neglected. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent; ANITA VELEZ, Appellant.—Order entered in Family Court, New York County, on April 16, 1975 adjudging that a named child had been neglected, unanimously reversed, on the law and the facts, and the petition dismissed without costs and without disbursements. The record does not support the court's finding of neglect which may be made only "upon strong and convincing proof of unfitness on the part of the parent or material benefit to the child." *(Matter of Cole,* 212 App Div 427, 429.) Concur—Lupiano, J. P., Birns, Capozzoli, Lane and Nunez, JJ.